IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| NANCY KEELING, | § | |
| Plaintiff, | § § § | |
| v. | § § | CIVIL ACTION NO. 2:17-CV-00171-JRG |
| ANADARKO PETROLEUM CORPORATION, | § § § § | |
| Defendant. | § | |

## ORDER

Pursuant to the Stipulation of Dismissal filed by the parties herein (ECF Doc. No. 17), the claims asserted in this lawsuit have been resolved. Accordingly, it is therefore:

ORDERED that all claims asserted herein are dismissed with prejudice to the refiling of same, with each party to bear her / its own costs.

**SIGNED this 1st day of November, 2017.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE

**ORDER – Solo Page**